# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0106. MARSHALL LEWIS BRADLEY v. THE STATE.

Marshall Lewis Bradley was indicted for vehicular homicide and reckless driving. He filed a "Demand for Bill of Particulars," which the trial court denied. He subsequently filed this application for discretionary appeal. We lack jurisdiction.

This case remains pending in the trial court. Thus, Bradley was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) — including securing a certificate of immediate review from the trial court — to appeal the order. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Bradley's filing of an application for discretionary appeal does not excuse him from complying with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996) (where a party is appealing an interlocutory order, the filing of an application for a discretionary appeal is insufficient to confer jurisdiction on the appellate court).

For these reasons, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/21/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*